JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILLIP CHANG, et al., | ) | NO. SA CV 11-1386 FMO (ANx) |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| THE BOEING CARE PLAN FOR NON-UNION EMPLOYEES, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Reversing Administrative Determination Re: ERISA Benefits, IT IS ADJUDGED the Plan's denials of coverage of plaintiffs' claims for ABA Therapy are hereby reversed. The Plan shall provide plaintiffs reimbursement, indemnification, coverage, and payment for all ABA services rendered to Nicholas Chang and Aidan Brennan, through the date of entry of this Judgment, and for as long as Nicholas Chang and Aidan Brennan remain eligible and covered under the Plan. Plaintiffs' claim under the Federal Mental Health Parity Act is dismissed with prejudice.

Dated this 2nd day of March, 2015.

/s/
Fernando M. Olguin
United States District Judge