DARREN E. NADEL, CA Bar No. 154417
LITTLER MENDELSON
A Professional Corporation
1900 16th Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
E-mail: dnadel@littler.com

Attorney for Defendant
THE BOEING CARE PLAN FOR
NON-UNION EMPLOYEES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CHANG and CHRISTOPHER BRENNAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING CARE PLAN FOR NON-UNION EMPLOYEES and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SA CV 11-1386 FMO (ANx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE FERNANDO M. OLGUIN<br><br>**DEFENDANT'S NOTICE OF APPEAL** |

Notice is given that pursuant to F.R.A.P. 3(a) and 3(c), The Boeing Care Plan For Non-Union Employees, Defendant in the above name case, appeals to the United States Court of Appeals for the Ninth Circuit, from the District Court's Order and Judgment (Docket Nos. 72 and 73, respectively), entered in this action on March 2, 2015.

To the extent the Court's Judgment on March 2, 2015 is not considered a final judgment because the amount of Plaintiffs' counsel's recoverable attorneys' fees pursuant to 29 U.S.C. § 1132(g) has yet to be determined, this Notice should be

DEFENDANT'S NOTICE OF APPEAL

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1200 17th Street
Suite 1000
Denver, CO 80202.5835
303.629.6200

treated as filed on the date of the entry of the Court's decision with respect to that issue. *See* F.R.A.P. 4(a)(2).

A Representation Statement is attached to this Notice as Exhibit 1.

Dated: March 25, 2015

                                            *s/Darren E. Nadel*
DARREN E. NADEL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
THE BOEING CARE PLAN FOR
NON-UNION EMPLOYEES

LITTLER MENDELSON
A Professional Corporation
1200 17th Street
Suite 1000
Denver, CO 80202.5835
303.629.6200

2.

Case 8:11-cv-01386-FMO-AN  Document 75  Filed 03/25/15  Page 3 of 3  Page ID #:861

## PROOF OF SERVICE

I am employed in Denver County, Colorado. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1900 16th Street, Suite 800, Denver, Colorado 80202.

I hereby certify that on this 25th day of March, 2015, a true and correct copy of the foregoing **DEFENDANT'S NOTICE OF APPEAL** was electronically filed and served via the CM/ECF system which will send notification of such filing to the following:

Gary L. Tysch
Law Offices of Gary Tysch
16133 Ventura Boulevard, Suite 580
Encino, CA 91436-2411

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 25, 2015 at Denver, Colorado

*s/Douglas Grabowski*
Douglas Grabowski

Firmwide:132486776.2 053838.1108

LITTLER MENDELSON
A Professional Corporation
1200 17th Street
Suite 1000
Denver, CO 80202.5835
303.629.6200