**From:** Nadel, Darren E. [mailto:DNadel@littler.com]
**Sent:** Friday, March 06, 2015 5:47 PM
**To:** 'Gary Tysch'
**Subject:** RE: Chang v. Boeing [FW.FID3344734]

Gary: I'm out of town all next week on business.

Can you please send me your billing so that we can analyze it and see if there is a dispute?

Can you similarly send me records of any payments made by your clients for which the Order requires reimbursement?

Thanks,

Darren

**Darren E. Nadel,** Shareholder
303.362.2861 direct   303.619.4261 mobile   303.362.8230 fax   DNadel@littler.com
1900 Sixteenth Street, Suite 800 | Denver, CO 80202-5835

**Littler Mendelson** | littler.com
**Employment & Labor Law Solutions Worldwide**

**From:** Gary Tysch [mailto:gltysch@pacbell.net]
**Sent:** Tuesday, March 03, 2015 6:45 PM
**To:** Nadel, Darren E.
**Subject:** Chang v. Boeing

Hi Darren,

As you are no doubt aware, the Judgment in this case was issued yesterday.  Judge Olguin ordered that we meet and confer in person to discuss and resolve the payment of my attorney's fees and costs and that  Plaintiffs file a Motion for Attorney's fees by March 23, 2015, if the parties cannot resolve these issues.

Do you have any imminent plans to be in the L.A. area?  When would you be available to meet and discuss the attorney's fees?

Gary L. Tysch

# EXHIBIT 1