DARREN E. NADEL, CA Bar No. 154417
LITTLER MENDELSON, P.C.
1900 16th Street, Suite 800
Denver, CO 80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
E-mail: dnadel@littler.com

Attorney for Defendant
THE BOEING CARE PLAN FOR
NON-UNION EMPLOYEES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CHANG and CHRISTOPHER BRENNAN,<br><br>Plaintiffs,<br><br>v.<br><br>THE BOEING CARE PLAN FOR NON-UNION EMPLOYEES and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SA CV 11-1386 FMO (ANx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE FERNANDO M. OLGUIN<br><br>**STIPULATED NOTICE OF SETTLEMENT AND INTENT TO DISMISS ACTION WITH PREJUDICE ON OR BEFORE MARCH 31, 2016** |

The parties have reached a settlement of the claims and disputes in this lawsuit, including the issue of Plaintiffs' counsel's attorney fees over which this Court continues to exercise jurisdiction. The executed settlement agreement provides that Plaintiff will dismiss this action with prejudice upon receipt of the settlement amounts, which Defendant must provide within 60 days. The parties therefore anticipate that a Stipulation to Dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) will be filed on or before March 31, 2016.

The parties respectfully request that the Court therefore hold all rulings regarding the issue of attorney fees in abeyance until further notice.

STIPULATED NOTICE OF SETTLEMENT
AND INTENT TO DISMISS

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1200 17th Street
Suite 1000
Denver, CO 80202.5835
303.629.6200

Dated: January 25, 2016

        *s/Darren E. Nadel*
DARREN E. NADEL
LITTLER MENDELSON, P.C.
Attorneys for Defendant
THE BOEING CARE PLAN FOR
NON-UNION EMPLOYEES

        *s/Gary L. Tysch*
GARY L. TYSCH
LAW OFFICES OF GARY L. TYSCH
Attorney for Plaintiffs
PHILLIP CHANG AND
CHRISTOPHER BRENNAN

LITTLER MENDELSON
A Professional Corporation
1200 17th Street
Suite 1000
Denver, CO 80202.5835
303.629.6200

2

## PROOF OF SERVICE

I am employed in Denver County, Colorado. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1900 16th Street, Suite 800, Denver, Colorado 80202.

I hereby certify that on this 25th day of January 2016, a true and correct copy of the foregoing **STIPULATED NOTICE OF SETTLEMENT AND INTENT TO DISMISS ACTION WITH PREJUDICE ON OR BEFORE MARCH 31, 2016** was electronically filed and served via the CM/ECF system which will send notification of such filing to the following:

Gary L. Tysch
Law Offices of Gary Tysch
16133 Ventura Boulevard, Suite 580
Encino, CA 91436-2411

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 25, 2016 at Denver, Colorado.

*s/Nancy R. Weber*
Nancy R. Weber

Firmwide:138219529.3 053838.1108

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
1200 17th Street
Suite 1000
Denver, CO 80202.5835
303.629.6200